**Michael and Anthony ANZALONE, v. UNITED STATES of America.**

No. 7932.

Circuit Court of Appeals, Sixth Circuit.

June 29, 1938.

Henry Lavine, of Cleveland, Ohio, for appellants.

E. B. Freed, U. S. Atty., of Cleveland, Ohio, for appellee.

Before HICKS, ALLEN, and HAMILTON, Circuit Judges.

PER CURIAM.

It is ordered that the appeal herein be and the same is dismissed pursuant to stipulation of counsel.

---

**ARKANSAS–MISSSOURI POWER CORPORATION, Appellant, v. CITY OF THAYER, MISSSOURI, et al.**

No. 11088.

Circuit Court of Appeals, Eighth Circuit.

Jan. 12, 1938.

D. C. Chastain, of Butler, Mo., for appellant.

Robert B. Fizzell, of Kansas City, Mo., for appellees.

PER CURIAM.

Appeal docketed and dismissed with costs, on motion of appellees and certificate of clerk of District Court under Rule 26 of this Court, counsel for appellant conceding that motion should be sustained and appeal dismissed.

---

**The AUTOMATIC TOY CORPORATION, Plaintiff-Appellant, v. BUDDY "L" MFG. CO., Inc., and Edwin J. Bettendorf and William E. Bettendorf, Doing Business as Copartners under the Firm Name and Style of Buddy "L" Company, Defendants-Appellees.**

No. 344.

Circuit Court of Appeals, Second Circuit.

June 20, 1938.

Carl E. Ring, of New York City, for appellant.

Emery, Varney, Whittemore & Dix, of New York City (Merrill M. Blackburn, of Davenport, Iowa, and Lucius E. Varney, of New York City, of counsel), for appellees.

Before MANTON, SWAN, and CHASE, Circuit Judges.

PER CURIAM.

Decree affirmed.

---

**Ollie W. BAXTER, as Executrix of John C. Baxter, Deceased, Plaintiff-Appellee, v. MORRIS ABRAMS, Inc., a New York Corporation, Defendant-Appellant.**

No. 340.

Circuit Court of Appeals, Second Circuit.

June 20, 1938.

Brennan, Flamman & Simpson, of New York City (Clarence E. Mellen and August C. Flamman, both of New York City, of counsel), for appellant.

Robert C. Hilldale, of Millertown, N. Y., for appellee.

Before MANTON, SWAN, and CHASE, Circuit Judges.

PER CURIAM.

Judgment affirmed.